AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Samuel D. Martin

                                                                  JUDGMENT IN A CIVIL CASE

v.

Chugh, et al

                                                                   CASE NUMBER: CV-07-60-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The First Amended Complaint is DISMISSED with prejudice for failure to state a claim under 28 U.S.C. 1915(e)(2) and 1915A(b)(1).

07/31/07                                                                JAMES R. LARSEN
*Date*                                                                     *Clerk*
                                                                                s/ Vikki Johnson
                                                                                *(By) Deputy Clerk*
                                                                                Vikki Johnson